[No. 35284-9-I.    Division One.    December 29, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMION
A. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03493-2, Brian D. Gain, J., entered
September 12, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 35382-9-I.    Division One.    December 29, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. AUTUMN
JOY SULLIVAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-02383-3, John M. Darrah, J., entered
September 19, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 35627-5-I.    Division One.    December 29, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON
L. BUSS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-05810-1, Gerard Shellan, J., entered
November 8, 1994. *Dismissed* by unpublished per curiam
opinion.

[No. 35962-2-I.    Division One.    December 29, 1995.]

ED BRETZ, ET AL., *Respondents*, v. OMER L. RAINS, ET
AL., *Appellants*, LAND TITLE COMPANY OF ISLAND
COUNTY, ET AL., *Defendants*; CLAY TUDOR; ET AL.,
*Appellants*, v. ISLAND TITLE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 94-2-05054-1, Alan R. Hancock, J.,
entered December 22, 1994. *Affirmed* by unpublished per
curiam opinion.